# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS VLACHOS, Plaintiff | No. 3:10cv2255 |
| v. | (Judge Munley) |
| WELTMAN, WEINBERT & REIS, CO., L.P.A., Defendant | |

## ORDER

A review of the docket in the above-captioned matter reveals that the defendant removed this case to this court from the Court of Common Pleas of Lackawanna County on November 1, 2010. No activity has occurred in this litigation since. Specifically, no answer has been filed although the deadline for filing an answer has passed. See Fed. R. Civ. Pro. 81(c) (providing that in removal actions the answer is due twenty-one (21) days from the receipt of the complaint or seven (7) days from the filing of the notice of removal, whichever period is longer).

It is the responsibility of the plaintiff to prosecute an action. In light of the inactivity in this litigation since its removal:

**IT IS HEREBY ORDERED THAT:**

(1) Within ten (10) days from the date of this order, plaintiff shall make an appropriate filing to further this action; and

(2) Failure to comply with this order will result in the dismissal of this action for failure to prosecute.

Dated: 12/2/10

JUDGE JAMES M. MUNLEY
United States District Court